In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-05-329 CV


____________________



J.W. GRAVES, Appellant



V.



ADELENE STEVENS, EXECUTRIX OF THE ESTATE OF


W.F. GRAVES, AND LORENE GRAVES, Appellees






On Appeal from the County Court at Law


Liberty County, Texas


Trial Cause No. 2602






MEMORANDUM OPINION


 The appellant, J.W. Graves, filed a motion to dismiss this appeal. The Court finds
that this motion is voluntarily made by the appellant prior to any decision of this Court and
should be granted. Tex. R. App. P. 42.1(a)(1). No other party filed a notice of appeal. 
The motion to dismiss is granted and the appeal is therefore dismissed.

 APPEAL DISMISSED. 

 ___________________________

 HOLLIS HORTON 

 Justice

Opinion Delivered February 16, 2006

Before Gaultney, Kreger, and Horton, JJ.